# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4722
_____

CHRISTOPHER GEORGE ROGERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

February 8, 2019

PER CURIAM.

DISMISSED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee; Doug Massey, Assistant Regional Counsel, Office of Criminal Conflict and Regional Conflict Counsel, Macclenny, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.